Hon. Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, CITY OF NEW YORK, CITY OF PORTLAND,<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD TRUMP, in his capacity as President of the United States; UNITED STATES OFFICE OF MANAGEMENT AND BUDGET; RUSSELL VOUGHT, in his capacity as Director of the Office of Management and Budget; UNITED STATES DEPARTMENT OF JUSTICE; WILLIAM BARR, in his capacity as United States Attorney General; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; CHAD F. WOLF, in his capacity as Acting Secretary of the United States Department of Homeland Security; UNITED STATES DEPARTMENT OF FEDERAL TRANSIT ADMINISTRATION; K. JANE WILLIAMS, in her capacity as Acting Administrator of the United Sates Department of Federal Transit Administration; and the UNITED STATES OF AMERICA,<br><br>Defendants. | CIVIL ACTION NO. 20-CV-1560<br><br>**STIPULATION** |

STIPULATION, No. 2:20-cv-01560-BHS

U.S. Department of Justice
1100 L St. NW, Washington, DC 20005
(202) 514-3367

1

Subject to the Court's approval, the parties through their undersigned counsel of record HEREBY STIPULATE as follows:

1. Defendants' response to the complaint in this action is currently due December 28, 2020. That deadline shall be extended by 45 days, to February 11, 2021.

2. Defendants confirm that the Office of Management and Budget guidance contemplated in section 3(c) of the Presidential Memorandum titled "Reviewing Funding to State and Local Government Recipients of Federal Funds That Are Permitting Anarchy, Violence, and Destruction in American Cities" has not yet been issued and defendants agree that their counsel will email a copy of such guidance to counsel for the plaintiffs promptly upon its issuance.

DATED: December 21, 2020

Respectfully Submitted,

| | |
|---|---|
| PETE HOLMES<br>City Attorney, Office of the Seattle City Attorney<br><br>By: */s/ Carolyn U. Boies*<br>Carolyn U. Boies, WSBA# 40395<br>Jessica Nadelman, WSBA# 27569<br>*Attorneys for Plaintiff the City of Seattle, Washington*<br>Seattle City Attorney's Office<br>701 Fifth Avenue, Suite 2050<br>Seattle, WA 98104<br>Phone: (206) 684-8200<br><br>JAMES E. JOHNSON<br>Corporation Counsel of the City of New York<br>100 Church Street<br>New York, NY 10007<br><br>By: */s/ Aaron Bloom*<br>Aaron Bloom, NY Bar No. 4247714<br>100 Church Street<br>New York, NY 10007 | JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General<br><br>BRIGHAM J. BOWEN<br>Assistant Branch Director<br><br>*/s/ Joseph J. DeMott*<br>JOSEPH J. DEMOTT (Va. Bar No. 93981)<br>Trial Attorney<br>U.S. Department of Justice<br>Civil Division, Federal Programs Branch<br>1100 L Street, N.W.<br>Washington, D.C. 20005<br>Telephone: (202) 514-3367<br>Facsimile: (202) 616-8460<br>E-mail: Joseph.DeMott@usdoj.gov |

STIPULATION, No. 2:20-cv-01560-BHS

Tel. (212) 356-4055
*Attorney for Plaintiff the City of New York*

TRACY REEVE
City Attorney, Portland Office of the City Attorney

By: *s/ Denis Vannier*
Denis Vannier
*Attorney for Plaintiff the City of Portland, Oregon*
Portland City Attorney's Office
1221 SW 4th Avenue, Room 430
Portland, OR 97204
(503) 823-4047

STIPULATION, No. 2:20-cv-01560-BHS

U.S. Department of Justice
1100 L St. NW, Washington, DC 20005
(202) 514-3367

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. Defendants' deadline to respond to the complaint shall be extended by 45 days, to February 11, 2021. Defendants agree that their counsel will email a copy of the Office of Management and Budget guidance contemplated in section 3(c) of the Presidential Memorandum "Reviewing Funding to State and Local Government Recipients of Federal Funds That Are Permitting Anarchy, Violence, and Destruction in American Cities" to counsel for the plaintiffs promptly upon its issuance.

_____
Benjamin H. Settle
U.S. District Judge