Hon. Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> JOSEPH R. BIDEN[1], in his capacity as President of the United States, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. 20-CV-1560 <br><br> **CONSENT MOTION TO EXTEND DEADLINES** |

On January 20, 2021, new leadership assumed responsibility for the Executive Branch, including Defendants Joseph R. Biden, President of the United States, and the heads of the U.S. Office of Management and Budget, U.S. Department of Justice, U.S. Department of Homeland Security, and Federal Transit Administration. To afford these officials sufficient time to become familiar with the issues in this case, Defendants respectfully request a 14-day extension of their deadline to answer Plaintiffs' complaint, moving that deadline from February 11, 2021, to February 25, 2021. Defendants further request a 14-day extension of each of the three deadlines listed in this

---

[1] President Biden has been substituted as a Defendant in this action pursuant to Federal Rule of Civil Procedure 25(d).

Court's scheduling order of January 25, 2021, resulting in a new Rule 26(f) Conference deadline of March 8, 2021; an Initial Disclosures deadline of March 15, 2021; and a Joint Status Report due date of March 22, 2021. Undersigned counsel has conferred with Plaintiffs' counsel and is informed that Plaintiffs consent to this request.

DATED: February 8, 2021

                Respectfully Submitted,

                BRIAN BOYNTON
                Acting Assistant Attorney General

                BRIGHAM J. BOWEN
                Assistant Branch Director

                */s/ Joseph J. DeMott*
                JOSEPH J. DEMOTT (Va. Bar No. 93981)
                Trial Attorney
                U.S. Department of Justice
                Civil Division, Federal Programs Branch
                1100 L Street, N.W.
                Washington, D.C. 20005
                Telephone: (202) 514-3367
                Facsimile: (202) 616-8460
                E-mail: Joseph.DeMott@usdoj.gov

**[PROPOSED] ORDER**

IT IS SO ORDERED. Defendants' deadline to respond to the complaint shall be extended by 14 days, to February 25, 2021. The Rule 26(f) Conference deadline is reset to March 8, 2021; the Initial Disclosures deadline is reset to March 15, 2021; and the Joint Status Report shall be due on March 22, 2021.

Dated this ___ day of February, 2021.

_____
Benjamin H. Settle
U.S. District Judge