Hon. Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CITY OF SEATTLE, *et al.*,

                      Plaintiffs,

      vs.

JOSEPH R. BIDEN, in his capacity as President of the United States, *et al.*,

                      Defendants.

Civil Action No. 2:20-cv-01560-BHS

**CONSENT MOTION TO EXTEND DEADLINES**

NOTE ON MOTION CALENDAR:
February 23, 2021

On January 20, 2021, new leadership assumed responsibility for the Executive Branch, including Defendants Joseph R. Biden, President of the United States, and the heads of the U.S. Office of Management and Budget, U.S. Department of Justice, U.S. Department of Homeland Security, and Federal Transit Administration.  To afford these officials sufficient time to become familiar with the issues in this case, Defendants respectfully request a further 7-day extension of their deadline to respond to Plaintiffs' complaint, moving that deadline from February 25, 2021, to March 4, 2021.  Defendants further request a 7-day extension of each of the three deadlines listed in this Court's February 9, 2021 order, *see* ECF 14 at 3, which modified the deadlines set forth in this

1 – CONSENT MOT. TO EXTEND DEADLINES, No. 2:20-cv-01560-BHS

**U.S. Department of Justice**
1100 L St. NW, Washington, DC 20005
(202) 514-2356

Court's January 25, 2021 scheduling order, *see* ECF 9 at 1. Defendants therefore request that the Rule 26(f) Conference deadline be extended to March 15, 2021; the Initial Disclosures deadline be extended to March 22, 2021; and the Joint Status Report due date be extended to March 29, 2021. Undersigned counsel has conferred with Plaintiffs' counsel and is informed that Plaintiffs consent to this request.

Dated: February 23, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Michael J. Gaffney*
MICHAEL J. GAFFNEY
(D.C. Bar No. 1048531)
JOSEPH J. DEMOTT
(Va. Bar No. 93981)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC 20005
Tel: (202) 514-2356
Facsimile: (202) 616-8460
E-mail: Michael.J.Gaffney@usdoj.gov

*Counsel for Defendants*

**[PROPOSED] ORDER**

IT IS SO ORDERED.  Defendants' deadline to respond to the complaint shall be extended by 7 days, to March 4, 2021.  The Rule 26(f) Conference deadline is reset to March 15, 2021; the Initial Disclosures deadline is reset to March 22, 2021; and the Joint Status Report shall be due on March 29, 2021.

Dated this ___ day of February, 2021.

_____
Benjamin H. Settle
U.S. District Judge