Hon. Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CITY OF SEATTLE, *et al.*,

                Plaintiffs,

   vs.

JOSEPH R. BIDEN, JR., in his capacity as President of the United States, *et al.*,

                Defendants.

Civil Action No. 2:20-cv-01560-BHS

**NOTICE**

Defendants respectfully notify the Court and Plaintiffs that, on February 24, 2021, the President issued an Executive Order addressing issues pertinent to the above-captioned action. *See* Executive Order on the Revocation of Certain Presidential Actions, https://www.whitehouse.gov/briefing-room/presidential-actions/2021/02/24/executive-order-on-the-revocation-of-certain-presidential-actions/. Defendants further notify the Court and Plaintiffs that, on February 25, 2021, the Acting Attorney General issued a Memorandum also addressing issues relevant to the above-captioned action. *See* Exhibit 1, Memorandum for Heads of Department Components, Withdrawal of Designation of Anarchist Jurisdictions.

Section 1 of the Executive Order revokes seven "Presidential actions," including the

September 2, 2020 Presidential Memorandum entitled *Memorandum on Reviewing Funding to State and Local Government Recipients That Are Permitting Anarchy, Violence, and Destruction in American Cities* ("September 2 Memorandum").  To implement this revocation, Section 2 of the Executive Order instructs the "Director of the Office of Management and Budget and the heads of executive departments and agencies" to "promptly consider taking steps to rescind any orders, rules, regulations, guidelines, or policies, or portions thereof, implementing or enforcing the Presidential actions identified" in Section 1 of the Executive Order, including the September 2 Memorandum. Section 2 of the Executive Order also states that "any personnel positions, committees, task forces, or other entities established pursuant to the Presidential actions identified in section 1 of this order shall be abolished, as appropriate and consistent with applicable law."

On February 25, 2021, in accordance with Section 2 of the Executive Order, the Acting Attorney General issued a Memorandum withdrawing the Department's September 21, 2020 designation of New York, New York; Portland, Oregon, and Seattle, Washington as anarchist jurisdictions.  Pursuant to the Acting Attorney General's Memorandum, "[a]ll Department grantmaking components shall ensure that the September 2 Memorandum and September 21, 2020 Department of Justice designation are removed as considerations in any grant solicitations or award determinations."  The Acting Attorney General also directed all Department components "to take any other steps necessary to effectuate the revocation of the September 2 Memorandum and to ensure that no state or local jurisdictions are disfavored in any Departmental programs on the basis of either the revoked memorandum or the withdrawn designation."

Defendants intend to confer with Plaintiffs about the implications for this litigation of the Executive Order and the Acting Attorney General's Memorandum.

Dated: February 26, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

BRIGHAM J. BOWEN
Assistant Branch Director

*/s/ Michael J. Gaffney*
MICHAEL J. GAFFNEY
(D.C. Bar No. 1048531)
JOSEPH J. DEMOTT
(Va. Bar No. 93981)
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, DC  20005
Tel: (202) 514-2356
Facsimile: (202) 616-8460
E-mail: Michael.J.Gaffney@usdoj.gov

*Counsel for Defendants*