Hon. Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CITY OF SEATTLE, CITY OF NEW YORK, CITY OF PORTLAND<br><br>Plaintiffs,<br><br>vs.<br><br>DONALD J. TRUMP, in his official capacity as PRESIDENT OF THE UNITED STATES; JEFFERSON B. SESSIONS, III, in his official capacity as ATTORNEY GENERAL; and JOHN F. KELLY, in his official capacity as SECRETARY OF HOMELAND SECURITY,<br><br>Defendants. | No.   2:20-cv-1560 BHS<br><br>NOTICE OF VOLUNTARY DISMISSAL |

This is a civil action brought by three municipal Plaintiffs, City of Seattle, City of New York, and the City of Portland, to challenge a September 2, 2020 presidential memorandum issued by then-President Trump. The September 2 Presidential Memorandum directed various branches of the federal government to take action to identify, and subsequently withhold federal funding to the full

NOTICE OF VOLUNTARY DISMISSAL - 1 (20-cv-1560 BHS)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

extent possible, any jurisdictions which were deemed to have failed to properly address local law enforcement issues. In a subsequent September 25, 2020 Department of Justice memorandum, the Plaintiffs were designated as so-called anarchist jurisdictions. The Plaintiffs subsequently filed this civil action, as the two memorandums violated the Administrative Procedures Act, multiple parts of the Constitution, and common sense, as fully explained in Dkt 1, the Complaint.

As outlined in Dkt. 18, both memorandums have now been rescinded pursuant to a February 24, 2021 Executive Order issued by President Biden. Based on the rescission, the claims set forth in the Complaint have now been satisfied and resolved. Accordingly, pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby gives notice of the voluntary dismissal of the Complaint.

Respectfully submitted,

PETER S. HOLMES
Seattle City Attorney


By: *s/ Carolyn U. Boies*
Carolyn U. Boies, WSBA# 40395
Jessica Nadelman, WSBA# 27569
Assistant City Attorney
E-mail: Carolyn.Boies@seattle.gov
E-mail: Jessica.Nadelman@seattle.gov

Seattle City Attorney's Office
701 Fifth Avenue, Suite 2050
Seattle, WA 98104
Phone: (206) 684-8200

*Attorney for Plaintiff City of Seattle*

JAMES E. JOHNSON
Corporation Counsel of the City of New York 100 Church Street
New York, NY 10007
By: *s/ James E. Johnson*

NOTICE OF VOLUNTARY DISMISSAL - 2 (20-cv-1560 BHS)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

Tonya Jenerette, Pro Hac Vice, NY Bar No. 2686004
Cynthia Weaver, NY Bar No. 5091848
Aaron Bloom, NY Bar No. 4247714

100 Church Street
New York, NY 10007
Tel. (212) 356-4055
tjeneret@law.nyc.gov

*Attorneys for Plaintiff the City of New York*

City Attorney, Portland Office of the City Attorney
By:  *s/ Anne Milligan*
Anne Milligan, WSBA# 48994

Portland City Attorney's Office
1221 SW 4th Avenue, Room 430
Portland, OR 97204

Tracy Reeve
Robert Taylor, Pro Hac Vice
Denis Vannier
Naomi Sheffield

Portland City Attorney's Office
1221 SW 4th Avenue, Room 430
Portland, OR 97204
(503) 823-4047

*Attorneys for Plaintiff the City of Portland, Oregon*

NOTICE OF VOLUNTARY DISMISSAL - 3 (20-cv-1560 BHS)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200

**ORDER**

THIS MATTER having come before this court upon the foregoing notice of the plaintiffs hereto, and it appearing to the court that this matter has been fully settled and compromised as between the plaintiffs and the defendants, and the court being fully advised in the premises, now, therefore, it is hereby,

ORDERED, ADJUDGED AND DECREED that this matter is hereby DISMISSED with prejudice and without costs or attorneys' fees.

DONE this _____ day of March, 2021.

_____
Honorable Benjamin H. Settle

NOTICE OF VOLUNTARY DISMISSAL - 4 (20-cv-1560 BHS)

**Peter S. Holmes**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7095
(206) 684-8200